IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANNET, LLC                    :  CIVIL ACTION

                                :

          vs.                   :

                                :

PROVEN MATCH, LLC               :  NO.  12-970
REBECCA MONET

## NOTICE

    Please be advised that a Telephone conference on Motion for Default Judgment in the above-captioned case will be held on **JUNE 27, 2012** at 3:00 p.m.  with the  **Honorable Harvey Bartle, III.**

    The phone conference will be continued to another date only in exceptional cases.


        Very truly yours,


        Katherine M. Gallagher
        Deputy Clerk to Judge Bartle
        267-299-7389

cc: Francis Joseph Dunn, Esq.
    Proven Match, LLC
    Rebecca Monet
6/21/12
Civ 4 (8/80)